AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-cv-02495-RWS-CMS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Chris Ragsdale Superintendent or Clerk
was received by me on *(date)* November 5 2015 .

☑ I personally served the summons on the individual at *(place)* Executive Secretary to Chief of Staff Sharon Churney who stated she is authorized to receive legal process on *(date)* November 5 2015; or on behalf of Cobb County School District 514 Glover St. Marietta GA 30060

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 60.00 for services, for a total of $ 60.00.

I declare under penalty of perjury that this information is true.

Date: 11/5/15

_____
Server's signature

Joseph Courtenay
Printed name and title

P.O. Box 1500
Lawrenceville GA 30046

Server's address

Additional information regarding attempted service, etc: